Doylestown & Danborough Turnpike Road Company *v.* Philadelphia & Easton Electric Railway Company, Appellant (No. 2).

OPINION BY HEAD, J., March 1, 1912:

By a stipulation filed of record the judgment in this appeal was to be identical with that this day entered in the companion appeal of the same parties, ante, p. 381. For the reasons there stated the judgment is affirmed.